UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN DOE,**

    **Plaintiff,**

                                Civil Action 2:17-cv-538
    v.                            Judge Michael H. Watson
                                Magistrate Judge Elizabeth P. Deavers

**OHIO WESLEYAN UNIVERSITY,**
*et al.*,

    **Defendants.**

## ORDER

On June 22, 2017, the Court issued an Order granting Plaintiff's Motion requesting permission to use pseudonyms in place of the names of the individual parties and students at Ohio Wesleyan University. (ECF No. 4.) The Court hereby supplements that Order as follows:

Plaintiff must file with the Court *ex parte* and under seal a Complaint and the exhibits attached thereto bearing his true name **WITHIN FOURTEEN (14) DAYS** of the date of this Order. Further, to the extent counsel for Plaintiff has not yet done so, they shall disclose Plaintiff's true identity to Defendants' attorneys. Absent a modification of this Order, Defendants' attorneys may disclose Plaintiff's identity to other Ohio Wesleyan University attorneys and other legal support staff in connection with their representation of Defendants, but may not otherwise disclose Plaintiff's identity or identifying information. Identifying information contained within a Court filing must be redacted, and the filing party must contemporaneously file an unredacted copy *ex parte* and under seal.

For good cause shown, Plaintiff's motion to issue and file summons under seal (ECF No. 7) is **GRANTED**.  Plaintiff is **ORDERED** to either hand deliver under seal to the Clerk's office (to the attention of Scott Miller) a completed summons for Defendant Jane Roe or to email the completed summons to the Undersigned at Deavers_Chambers@ohsd.uscourts.gov.  Once the completed summons is received, the Clerk is **DIRECTED** to issue the summons to Defendant Jane Roe under seal and to file under seal any executed summons to this Defendant.  Once Jane Roe files her response to the Complaint, she and her attorneys too must comply with the constrictions above with respect to identifying information in her pleadings and other documents by filing a redacted version publicly and contemporaneously filing an unredated copy *ex parte* and under seal.

       **IT IS SO ORDERED**.


Date: July 27, 2017                           /s/ *Elizabeth A. Preston Deavers*
                                                       ELIZABETH A. PRESTON DEAVERS
                                                       UNITED STATES MAGISTRATE JUDGE