**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JOHN DOE,**

    **Plaintiff,**

                           **Civil Action 2:17-cv-538**
                           **Judge Michael H. Watson**
    **v.**                           **Magistrate Judge Chelsey M. Vascura**

**OHIO WESLEYAN UNIVERSITY,** *et al.***,**

    **Defendants.**

**ORDER**

Pursuant to Federal Rule of Civil Procedure 16(a)(5) and (c)(2), the parties must appear for a settlement conference on **FRIDAY, APRIL 24, at 10:00 a.m.**, 85 Marconi Boulevard, Room 172, Columbus, Ohio, 43215, before the Honorable Chelsey M. Vascura.  The trial attorney for each party must attend the conference, and the parties or principals with settlement authority shall be present.  Lack of discovery or settlement authority will not excuse active participation in the conference.

    **IT IS SO ORDERED**.

                                                   /s/ *Chelsey M. Vascura*
                                                 CHELSEY M. VASCURA
                                                 UNITED STATES MAGISTRATE JUDGE