IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, : | Case No. 2:17-CV-538 |
|     PLAINTIFF, : | |
|      : | Judge: Michael H. Watson |
| vs. : | Magistrate Judge Elizabeth P. Deavers |
|      : | |
| OHIO WESLEYAN UNIVERSITY et al., : | |
|     DEFENDANTS : | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41, hereby stipulate to the dismissal of this action, with prejudice, with each party to bear its own costs and attorneys' fees.

The parties further stipulate and request that this Court retain jurisdiction of this action to resolve any disputes that may arise out of the parties' confidential settlement agreement.

Respectfully submitted,

/s/ Natalie M. McLaughlin
Natalie M. McLaughlin
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH 43216-1008
*Attorney for Defendant Ohio Wesleyan University*

/s/ Roger P. Sugarman
Roger P. Sugarman
Jane K. Gleaves
Kegler, Brown, Hill + Ritter Co. LPA
65 E. State Street, Suite 1800
Columbus, OH 43215
*Attorneys for Defendant Jane Roe*

/s/ Eric Rosenberg
Eric J. Rosenberg
Rosenberg & Ball Co. LPA
395 North Pearl Street
Granville, OH 43023
*Attorney for Plaintiff John Doe*

Certificate of Service

    I certify that on April 26, 2018, I filed this court filing with the Clerk of Court using the CM/ECF system which will send notification of the filing to all registered parties.

    /s/ Eric Rosenberg

111504\000001\4850-0023-8947